202 So.2d 662

**Mrs. Josephine Nuccio FORET et al.**

**v.**

**F. W. WOOLWORTH AND COMPANY.**

**No. 48872.**

Oct. 10, 1967.

Writs refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.